REC'D & FILED

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

2010 OCT 13 PM 2: 04

7 Southwoods Boulevard,, Albany, New York 12211

BANK... OF THE
N.D. OF NY COURT

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only: ALBANY<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

October 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   07-13450        John W. Brennan

To Whom It May Concern:

Enclosed please find check #921976 in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    John W. Brennan
                  6 Canal Street
                  Waterford, NY 12188

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli